RIVELIS, PAWA & BLUM, LLP
Howard Blum, Esq. (HB 7052)
286 Madison Avenue, 14th Floor
New York, New York 10017
(212) 557-3000
hblum@rpbs.net

Attorneys for Plaintiff
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
SHEET METAL WORKERS' NATIONAL PENSION          Civil No. 08-CV-0540 (DC)
FUND; NATIONAL ENERGY MANAGEMENT
INSTITUTE COMMITTEE FOR THE SHEET METAL            **FRCP § 7.1**
AND AIR CONDITIONING INDUSTRY; SHEET METAL         **STATEMENT**
OCCUPATIONAL HEALTH INSTITUTE TRUST;
INTERNATIONAL TRAINING INSTITUTE FOR THE
SHEET METAL AND AIR CONDITIONING INDUSTRY;
and, NATIONAL STABILIZATION AGREEMENT OF THE
SHEET METAL INDUSTRY FUND,

                          Plaintiffs,

    -against-

AUL SHEET METAL WORKS INC., and
YVES JEROME, as an individual,

                          Defendants.
----------------------------------------------------------------------X

       Defendants AUL Sheet Metal Works Inc., and Yves Jerome, as individual, by their attorneys, Rivelis, Pawa & Blum, LLP, 286 Madison Avenue, 14th Floor, New York, New York 10017, pursuant to FRCP § 7.1, state as follows:

               Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants (private non-governmental parties) certify that the following are corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held:

               None.

**WHEREFORE**, defendants respectfully set forth the foregoing pursuant to FRCP § 7.1.

Dated: February 14, 2008
      New York, New York

                           RIVELIS, PAWA & BLUM, LLP
                           Attorneys for Plaintiffs


                           By: _____/S/_____
                               Howard Blum (HB 7052)
                           286 Madison Avenue, 14th Floor
                           New York, New York 10017
                           (212) 557-3000