UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

SHEET METAL WORKERS' NATIONAL PENSION          08-CV 0540 (DC)
FUND; NATIONAL ENERGY MANAGEMENT
INSTITUTE COMMITTEE FOR THE SHEET METAL          **ANSWER**
AND AIR CONDITIONING INDUSTRY; SHEET METAL
OCCUPATIONAL HEALTH INSTITUTE TRUST;
INTERNATIONAL TRAINING INSTITUTE FOR THE
SHEET METAL AND AIR CONDITIONING INDUSTRY;
and NATIONAL STABILIZATION AGREEMENT OF THE
SHEET METAL INDUSTRY FUND,

                          Plaintiffs,

        -against-

AUL SHEET METAL WORKS INC., and
YVES JEROME, as an individual,

                          Defendants.
-----------------------------------------------------------------------X

        Defendants, AUL Sheet Metal Works, Inc. and Yves Jerome (collectively referred to as "AUL"), by their attorneys, Rivelis, Pawa & Blum, LLP, answer the Complaint (the "Complaint") as follows:

        1.      Deny knowledge or information sufficient to form a belief as to the allegations set forth in paragraphs 1, 2, and 3 of the Complaint.

        2.      Admit the allegations in paragraph 4 of the complaint.

        3.      Deny knowledge or information sufficient to form a belief as to the allegations set forth in paragraphs 5 and 6 of the Complaint.

        4.      Admit the allegations set forth in paragraph 7 of the Complaint.

        5.      Deny the allegations set forth in paragraphs 8, 9, 10, 11, 12 and 13 of the Complaint, and refer to any contracts entered into as alleged.

6.      Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraphs 14, 15 and 16 of the Complaint.

7.      Deny the allegations set forth in paragraph 17 of the Complaint, except admit that Yves Jerome is a principal of AUL.

8.      Deny the allegations set forth in paragraph 18 of the Complaint, except admit that Yves Jerome is a principal of AUL.

9.      Deny knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 19 of the Complaint.

**AS AND FOR A RESPONSE**
**TO THE FIRST CLAIM FOR RELIEF**

10.     Repeat and reallege the responses to the paragraphs incorporated in paragraph 20 of the Complaint.

11.     Deny the allegations set forth in paragraph 21 of the Complaint.

**AS AND FOR A RESPONSE**
**TO THE SECOND CLAIM FOR RELIEF**

12.     Repeat and reallege the responses to the paragraphs incorporated in paragraph 22 of the Complaint.

13.     Deny the allegations set forth in paragraph 23 of the Complaint.

**AS AND FOR A RESPONSE**
**TO THE THIRD CLAIM FOR RELIEF**

14.     Repeat and reallege the responses to the paragraphs incorporated in paragraph 24 of the Complaint.

15.     Deny the allegations set forth in paragraph 25 of the Complaint.

**AS AND FOR A RESPONSE**
**TO THE FOURTH CLAIM FOR RELIEF**

16.    Repeat and reallege the responses to the paragraphs incorporated in paragraph 26 of the Complaint.

17.    Deny the allegations set forth in paragraph 27 of the Complaint.

### AS AND FOR A RESPONSE
### TO THE FIFTH CLAIM FOR RELIEF

18.    Repeat and reallege the responses to the paragraphs incorporated in paragraph 28 of the Complaint.

19.    Deny the allegations set forth in paragraph 29 of the Complaint.

### AS AND FOR A RESPONSE
### TO THE SIXTH CLAIM FOR RELIEF

20.    Repeat and reallege the responses to the paragraphs incorporated in paragraph 30 of the Complaint.

21.    Deny the allegations set forth in paragraphs 31 and 32 of the Complaint.

### AS AND FOR A RESPONSE
### TO THE SEVENTH CLAIM FOR RELIEF

22.    Repeat and reallege the responses to the paragraphs incorporated in paragraph 33 of the Complaint.

23.    Deny the allegations set forth in paragraphs 34, 35 and 36 of the Complaint.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

24.    Defendants dispute that they are subject to any contracts or Agreements identified in the Complaint.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

25.    The Complaint fails to state a cause of action upon which relief can be granted.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

26.     Defendants dispute Plaintiffs' claims, inasmuch as all sums due have been paid.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

27.     Plaintiffs' claims include requests for payments for which Defendants have no responsibility or liability.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

28.     Plaintiffs' claims are barred by the doctrine of Res Judicata and Collateral Estoppel.

**WHEREFORE**, defendants AUL and Jerome seek judgment against Plaintiffs dismissing the Complaint in its entirety, and such further relief as the Court deems just and proper.

Dated:  New York, New York
        February 11, 2008

                                        RIVELIS, PAWA & BLUM, LLP


                                        By: _____/S/_____
                                              Howard Blum, Esq. (HB-7052)
                                        Attorneys for Defendants
                                        AUL Sheet Metal Works, Inc. and
                                        Yves Jerome
                                        286 Madison Avenue, 14th Floor
                                        New York, New York 10017
                                        (212) 557-3000


To:     Jeffrey S. Dubin (JD-0446)
        Attorney for Plaintiffs
        464 New York Avenue, Suite 100
        Huntington, NY 11743