**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**500 PEARL STREET NEW YORK, N.Y. 10007**

**J. Michael McMahon**
**Clerk of the Court**

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
Sheet Metal Worker'
National Pension Fund, et al.,

       Plaintiff(s),                   08   Civ.   540   (DC)

   - against -

AUL Sheet Metal Works Inc., et al,

       Defendant(s).
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

       The above-captioned action has been assigned to Judge Denny Chin.

       Counsel for both sides are directed to attend a pretrial conference for the purpose of determining the status of the case, setting a discovery schedule, fixing a trial date, and discussing possible settlement.

       This conference will be held on <u>April 11, 2008 at 11:00 A.M.</u>, in Room 11A of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

       Please review Judge Chin's Rules and Procedures in Civil Cases, located at www.nysd.uscourts.gov/Individual_Practices/Chin.pdf, as well as the Court rules on electronic filing in ECF cases, located at www.nysd.uscourts.gov/cmecf/cmecfindex.htm.

       **Please send a copy of this notice to your adversary**, and mail a copy of a transmittal letter to the undersigned. All communication regarding scheduling should be directed to Judge Chin's courtroom deputy.

Dated:     New York, New York
            March 12, 2008

                                                     Sincerely,

                                                     David Tam
                                                     Courtroom Deputy Clerk
                                                     U.S.D.C. - S.D.N.Y.
                                                     500 Pearl Street, Rm. 1020
                                                     New York, New York  10007
                                                     (212) 805-0096