UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

SHEET METAL WORKERS' NATIONAL :
PENSION FUND et al.,
                                    :
            Plaintiffs,
                                    :          **ORDER**
        - against -
                                    :          08 Civ. 540 (DC)
AUL SHEET METAL WORKS INC. and
YVES JEROME,                        :

            Defendants.             :

- - - - - - - - - - - - - - - - - - -x

**CHIN, District Judge**

       The Court held a pretrial conference in this case today. The Court was notified that at a recent deposition, the witness was asked for information regarding payroll, and that defendants indicated that they would provide the payroll information. Defendants shall produce the outstanding payroll information by September 5, 2008.

       SO ORDERED.

Dated:  New York, New York
       August 28, 2008

                              DENNY CHIN
                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/08